IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN PEREZ LEON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| L. P. BENNING, et al. | : | NO. 02-4267 |

<u>ORDER</u>

_____AND NOW, this _____ Day of July, 2002, leave is granted Petitioner to proceed in forma pauperis, for the purpose of all proceedings in this court and also for purposes of filing of a notice of appeal.

JAMES McGIRR KELLY, J.