\+ IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 23, 2003

Lancaster County
Office of the Clerk of Courts
Courthouse
50 North Duke Street
P.O. Box 83480
Lancaster, PA  17608-3480

        Re:    John Perez Leon v. L.P. Benning, et al.
                  Civil Action No. 02-4267
                  Case No. 3277-1997

To the Clerk:

        The above captioned case has now been disposed of, and we are returning the State Court Record which was ordered to this Court by the Honorable M. Faith Angell.

                                      Very truly yours,

                                      Sharon A. Hall
                                      Deputy Clerk to the Hon. James McGirr Kelly

Enclosures

cc:        Clerk of Court for filing
            Statistics

---

Please sign and return this letter as a receipt for the return of the State Court Record

SIGNATURE:_____

DATE:_____